# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Alfred A. Adams,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00600-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Carlton Joyner, et al,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court Petition for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2016 Order.

June 1, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court